**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M. O'CONNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant.<br>_____/ | No. C 07-01158 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On May 25, 2007, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis*. Pursuant to that order, the summons was served and on September 20, 2007, Defendant Astrue filed his answer to Plaintiff's complaint. Pursuant to Northern District Civil Local Rule 16-5, Plaintiff's motion for summary judgment was due to be filed on or about October 22, 2007.

Having not received any such motion, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than May 21, 2008.

**IT IS SO ORDERED.**

Dated: May 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN M. O'CONNELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

    Defendant.
_____/

Case Number: CV07-01158 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen O'Connell
110 Berry Drive #24
Pacheco, CA 94553

Dated: May 6, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk